CELIA McGANN, as Administratrix of the Estate of
MARY McGANN, Deceased, Respondent, v. EIGHTH
AVENUE RAILROAD COMPANY et al., Appellants.

*Negligence — railroads — streets — pedestrian killed while crossing street
railway tracks.*

*McGann* v. *Eighth Ave. R. R. Co.*, 219 App. Div. 780, affirmed.
(Argued December 2, 1927; decided December 16, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 28, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for death of plaintiff's intestate alleged to have been occasioned through the negligence of defendants. Intestate, while crossing the tracks on Central Park West at the corner of Ninety-ninth street in the borough of Manhattan, was struck by one of defendant railroad company's cars and killed.

*William J. Curtin, Lyman A. Spalding, James A. Doherty* and *Michael Kirtland* for appellants.

*William J. O'Shea, Jr., Edwin D. Worcester* and *John Godfrey Saxe* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.